IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

    Plaintiff,

v.

J. PETERSON, et al.,

    Defendants.
                                      /

No. C 06-05541 SBA (PR)

**ORDER ADDRESSING PENDING MOTION**

Plaintiff, a state prisoner incarcerated at San Quentin State Prison, has filed a pro se complaint under 42 U.S.C. § 1983 challenging the conditions of his confinement. In an Order dated May 8, 2007, the complaint was dismissed without prejudice to refiling after exhausting California's prison administrative process. In that Order, the Court stated, "No filing fee is due."

Before the Court is Plaintiff's "Motion Directing Finance Dept. to Correct Its Files to Reflect No Filing Fee Due in the Above Case." Plaintiff claims the Court's Finance Department is sending him "past due notices" to pay the $350.00 filing fee. He alleges that he should not have to pay the filing fee because the Court indicated that no filing fee was due in its May 8, 2007 Order.

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a).[1] If the plaintiff is a "prisoner" who alleges that he is unable to pay the full filing fee at the time of filing, he must submit (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id. § 1915(a)(1),(2).

---

[1] In April, 1996, 28 U.S.C. § 1915 was amended by the Prison Litigation Reform Act of 1995. The provisions of the former § 1915(a), which allowed the court to grant in forma pauperis ("IFP") status to any person who "makes affidavit that he is unable to pay such costs or give security therefor" were substantially expanded, particularly with respect to requirements applicable to prisoners seeking to proceed IFP, see 28 U.S.C. § 1915(a)-(b),(f)-(g), and the payment of partial filing fees, see id. § 1915(b).

1  If the court determines that the plaintiff is unable to pay the full filing fee at the time of
2  filing, the plaintiff will be granted leave to proceed IFP. Notwithstanding a prisoner's compliance
3  with the requirements of § 1915(a) and the grant of IFP status, the prisoner is required to pay the full
4  amount of the filing fee. See 28 U.S.C. § 1915(b)(1).

5  The Court notes that 28 U.S.C. § 1915(b)(1) only authorizes the district court to waive
6  prepayment of the filing fee, not the filing fee itself. See id. Therefore, when the Court stated "No
7  fee is due," in its May 8, 2007 Order, it meant, "No fee is due **at this time**." Accordingly, Plaintiff's
8  motion is DENIED on the ground that the Court only had the authority to waive **prepayment** of the
9  filing fee. Notwithstanding the Court's May 8, 2007 Order, the Finance Department may still collect
10 the $350.00 filing fee from Plaintiff because the Court could not have waived the filing fee pursuant
11 to 28 U.S.C. § 1915(b)(1).

12 This Order terminates Docket no. 10.
13 IT IS SO ORDERED.

14 Dated: 7/3/08
15 _____
   SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\CR.06\Henderson5541.pendMOT-filingFEE.wpd

<div style="margin-left: 2em;">
**United States District Court**
For the Northern District of California
</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

        Plaintiff,

  v.

J. PETERSON et al,

        Defendant.
                                    /

Case Number: CV06-05541 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated: July 7, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Henderson5541.pendMOT-filingFEE.wpd